

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

Gregory Morvillo

E  gmorvillo@orrick.com
D  +1 212 506 3552
F  +1 212 506 5151

April 02, 2020

*Via* ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States v. Maria, et al.* (Loren Rubio), 19 Cr. 868

Dear Judge Gardephe:

  The undersigned represents Loren Rubio in the above-captioned matter. I am writing to respectfully request that the Court permit Ms. Rubio to travel to Lyndhurst, New Jersey once a month, at a time preapproved by pretrial services, for the purpose of picking up her paycheck from her employer, Coverall of Northern New Jersey. Specifically, Ms. Rubio needs to travel to 1050 Wall Street West #220, Lyndhurst, New Jersey 07071. I have consulted with the AUSA Espinosa and the government does not object to this request as long as pretrial services does not object. It is my understanding that pretrial services does not object either.

  I am, of course, available at the Court's convenience should it require further information on this matter.

        Respectfully submitted,

        /s/

        Gregory Morvillo


cc:  AUSA Elizabeth A. Espinosa
   AUSA Jun Xiang
   Pretrial Services Officer Assistant Courtney DeFeo