

**MORVILLO** PLLC

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

June 5, 2020

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 12, 2020

*Via ECF*

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Jose Maria et al.</u>, - 19 Cr. 868 (PGG)

Dear Judge Gardephe:

    The undersigned represents Loren Rubio in the above captioned matter. I am writing to request that the Court temporarily alter the terms of Ms. Rubio's bail conditions so that she may travel to Florida to attend her nephew's birthday and a family gathering.

    Ms. Rubio would plan to fly to Orlando on June 29, 2020 and return to New York on July 9. She proposes to stay at the ▓▓▓▓▓▓▓▓▓▓. The hotel is located at ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Ms. Rubio will, of course, have her cellular telephone with her at all times. That number is ▓▓▓▓▓▓▓.

    I have communicated with AUSA Elizabeth Espinosa and Pre-Trial Services Officer Courtney DeFeo. Both take no position on Ms. Rubio's request. Should Your Honor require anything further on this issue I am available at the Court's convenience to discuss the matter.

Respectfully submitted,

/s/

Gregory Morvillo

cc: AUSA Elizabeth Espinosa
    Courtney DeFeo, Pre-Trial Services Officer