

**MORVILLO** PLLC

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

July 17, 2020

*Via ECF*

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 20, 2020

Re: <u>United States v. Jose Maria et al.</u>, - 19 Cr. 868 (PGG)

Dear Judge Gardephe:

    The undersigned represents Loren Rubio in the above captioned matter. I am writing to request that the Court temporarily alter the terms of Ms. Rubio's bail conditions so that she may travel to Las Vegas, Nevada to attend her mother-in-law's wedding.

    Ms. Rubio would plan to fly to Las Vegas on August 23, 2020 and return to New York on August 26. She proposes to stay at the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The hotel is located at ▮▮▮▮▮▮▮ Las Vegas, Nevada. Ms. Rubio will, of course, have her cellular telephone with her at all times. That number is ▮▮▮▮▮▮▮.

    I have communicated with AUSA Elizabeth Espinosa and Pre-Trial Services Officer Courtney DeFeo. Both take no position on Ms. Rubio's request. Should Your Honor require anything further on this issue I am available at the Court's convenience to discuss the matter.

                       Respectfully submitted,

                              /s/

                       Gregory Morvillo

cc: AUSA Elizabeth Espinosa
     Courtney DeFeo, Pre-Trial Services Officer