

**GREGORY MORVILLO**
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

August 7, 2020

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 11, 2020

*Via ECF*

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Jose Maria et al.</u>, - 19 Cr. 868 (PGG)

Dear Judge Gardephe:

    The undersigned represents Loren Rubio in the above captioned matter. I am writing to inform the Court of a change to Ms. Rubio's travel plans to Las Vegas, Nevada for her mother-in-law's wedding.

    Ms. Rubio's originally requested to fly to Las Vegas on August 23, 2020 and return to New York on August 26. Jet Blue airlines informed her today that her flights dates have been changed to an outbound flight on August 21 and an inbound flight on August 27. This happened without Ms. Rubio's knowledge or request. Thus, we are writing to make sure the Court has no objection to this change in itinerary. The rest of Ms. Rubio's plans remain the same. She will stay at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The hotel is located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Ms. Rubio will, of course, have her cellular telephone with her at all times. That number is ▇▇▇▇▇▇▇▇▇.

    Should Your Honor require anything further on this issue I am available at the Court's convenience to discuss the matter.

Respectfully submitted,

/s/

Gregory Morvillo

cc: AUSA Elizabeth Espinosa
    Courtney DeFeo, Pre-Trial Services Officer