

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: December 17, 2020

December 17, 2020

*Via ECF*

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Jose Maria et al.</u>, - 19 Cr. 868 (PGG)

Dear Judge Gardephe:

    The undersigned represents Loren Rubio in the above captioned matter. As the Court will doubtless recall, it granted Ms. Rubio permission to travel to the Dominican Republic until Friday, December 18 to assist with preparations for and attend her uncle's funeral. Yesterday, her uncle finally passed away due to complications from his motorcycle accident. I am writing today to request that the Court permit Ms. Rubio to extend her stay by two days, from December 18 until Sunday December 20, 2020. The funeral is Saturday, and the burial is Sunday. I am attaching copies of what I understand to be Ms. Rubio's uncle's death certificate for the Court's convenience.

    Ms. Rubio is staying at the same residence and has her cellular telephone with her. I have been in contact with her throughout the week.

    I have communicated with AUSAs Elizabeth Espinosa and Jun Xiang, as well as, Pre-Trial Services Officer Courtney DeFeo. Both institutions take no position on Ms. Rubio's request. Should Your Honor require anything further on this issue I am available at the Court's convenience to discuss the matter.

                           Respectfully submitted,

                             /s/

                           Gregory Morvillo

cc: AUSA Elizabeth Espinosa
    AUSA Jun Xiang
    Courtney DeFeo, Pre-Trial Services Officer