UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FRANCISCO JOSE MARIA, LUIS VASQUEZ-EUSEBIO, and LOREN RUBIO,

Defendants.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for January 21, 2021 is adjourned to **April 5, 2021 at 10:00 a.m.**

Upon the application of the United States of America, by and through its counsel, Assistant United States Attorney Elizabeth Espinosa, Defendant Francisco Jose Maria, by and through his attorney Daniel Parker, Defendant Luis Vasquez-Eusebio, by and through his attorney Luis Diaz, and Defendant Loren Rubio, by and through his attorney Gregory Morvillo, it is further ORDERED that the time from January 21, 2020 through April 5, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and Defendants Francisco Jose Maria, Luis Vasquez-Eusebio, and Loren Rubio in a speedy trial, because it will permit defense counsel additional time to review discovery materials and decide what, if any pretrial motions will be made, the Government time to confirm that all discovery has been produced and produce any additional materials identified, and the parties to continue their discussions regarding pretrial dispositions.

Dated:  New York, New York
        January 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge