UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| FRANCISCO JOSE MARIA, LUIS VASQUEZ-EUSEBIO, and LOREN RUBIO, | 19 Cr. 868 (PGG) |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this matter scheduled for April 5, 2021 is adjourned to Monday, **May 10, 2021 at 10:00 a.m.**

Upon the application of the United States of America, by and through Assistant United States Attorneys Elizabeth Espinosa and Jun Xiang, and with the consent of Defendant Francisco Jose Maria, by and through his attorney Daniel Parker, Defendant Luis Vasquez-Eusebio, by and through his attorney Luis Diaz, and Defendant Loren Rubio, by and through his attorney Gregory Morvillo, the time from April 5, 2021 through May 10, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit the Government and the Defendants additional time to engage in discussions regarding potential pretrial dispositions.

Dated: New York, New York
April 2, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge