UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN RUBIO,

                Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Loren Rubio's sentencing will take place on **October 11, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Rubio are due by **September 20, 2021**. The Government's submission is due by **September 27, 2021**.

        The Probation Department is directed to prepare a presentence investigation report for Defendant Rubio.

Dated: New York, New York
       May 14, 2021

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge