UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN RUBIO,

Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Loren Rubio's sentencing, currently scheduled for October 11, 2021, is adjourned to **October 12, 2021 at 5:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        August 31, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge