UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN RUBIO,

Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Loren Rubio's sentencing, currently scheduled for October 14, 2021, is adjourned to **October 21, 2021 at 4:30 p.m.**

Dated: New York, New York
October 8, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge