UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

LOREN RUBIO,

           Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The sentencing currently scheduled for October 21, 2021 is adjourned to **November 10, 2021 at 11:00 a.m.**

Dated: New York, New York
       October 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge