**MEMBER NY, NJ & D.C. BAR**

# LUIS O. DIAZ, ESQ. PLLC
ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

December 15, 2021

**BY ECF**
Honorable Paul G. Gardephe
United States Circuit Judge, Sitting by Designation
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

**MEMO ENDORSED**:
The application is denied. The hearing will proceed in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: December 16, 2021

Re: *U.S. v. Luis Vasquez-Eusebio*
Case No. 19 Cr. 00868 (PGG)

Dear Judge Gardephe:

I am writing in connection with the above captioned matter currently scheduled for sentencing on December 20, 2021 at 12 noon. Counsel writes to request that the sentencing proceeding in this matter be held telephonically. Counsel has discussed with the Defendant his right to appear in person for sentencing, however the Defendant wishes to proceed telephonically in this matter in light of the Covid-19 health crisis.

Counsel has communicated with Assistant U.S. Attorneys Elizabeth Espinosa and Jun Xiang and the government has not expressed any objection as of the date of this letter.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Elizabeth Espinosa, Assistant U.S. Attorney (Via ECF)
Jun Xiang, Assistant U.S. Attorney (Via ECF)