

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

April 20, 2022

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: ____April 20, 2022____

**VIA ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Loren Rubio</u>
<u>19-cr-868 (PGG)</u>

Dear Judge Gardephe:

The undersigned represents Loren Rubio in the above captioned matter. On November 10, 2021, Ms. Rubio was sentenced by the Court to time-served and two years of supervised release.

I am writing to request that the Court grant permission for Ms. Rubio to travel to the Dominican Republic, tomorrow April 21, 2022 until April 29, 2022. Today Ms. Rubio learned that a relative passed away in a tragic accident and the funeral is tomorrow.

Associate CJA counsel on the case, Diane Ferrone, Esq., spoke to Ms. Rubio's Probation Officer in Florida, Erik Padilla, who advises that he defers to the Court on this matter.

Should the Court permit her to travel, Ms. Rubio will stay in the same place as her previous trips and will provide the address to her Probation Officer. She will, of course, have her cellular telephone with her at all times.

I apologize for the last minute nature of this request. I am, of course, available to provide more information at the Court's convenience.

Respectfully,

MORVILLO PLLC

BY: _____/s/_____
        Gregory Morvillo

CC:    All Parties (via ECF)